# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RAFEEKALI VIRANI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-3382-S-BT |
| | § | |
| ROBERT CERNA, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendants' Motion to Dismiss [ECF No. 24] is **GRANTED**. Plaintiff's Motion for a Preliminary Injunction or, in the Alternative, a Temporary Restraining Order [ECF No. 10] is **DENIED**.

**SO ORDERED.**

SIGNED July 30, 2026.

**UNITED STATES DISTRICT JUDGE**